Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 17−27368−KCF
                    Chapter: 13
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nadine J Dayton
   24 Edgewood Place
   Southampton, NJ 08088

Social Security No.:
   xxx−xx−7065

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/12/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 13, 2017
JAN: ckk

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 17-27368-KCF
Nadine J Dayton                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin          Page 1 of 1              Date Rcvd: Dec 13, 2017
                             Form ID: 148         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
```
db          +Nadine J Dayton,    24 Edgewood Place,    Southampton, NJ 08088-1610
517032530   +Comenity Bank,    2795 E Cottonwood Pkwy #100,     Salt Lake City, UT 84121-7090
517087597   +Delaware Port Authority,    PO Box 4971,    Trenton, NJ 08650-4971
517087594   +Midland Credit Management,    PO Box 2001,    Warren, MI 48090-2001
517032527   +PSE&G,   80 Park Plaza,    Newark, NJ 07102-4194
517087595   +Penn-Jersey Propane Gas Co.,    PO Box 421,    Medford, NJ 08055-0421
517160744   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2017 23:28:48    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2017 23:28:45    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517032526   +EDI: CINGMIDLAND.COM Dec 13 2017 23:08:00     AT&T,   208 S Akard St,   Dallas, TX 75202-4206
517032529   +E-mail/Text: Smarkunas@thebeneficial.com Dec 13 2017 23:29:42    Beneficial Bank,
              1818 Market St,    Philadelphia, PA 19103-3628
517032524   +EDI: CAPITALONE.COM Dec 13 2017 23:08:00     Capital One,   1680 Capital One Dr,
              McLean, VA 22102-3407
517032525    EDI: RCSFNBMARIN.COM Dec 13 2017 23:08:00     Credit One Bank,   Payment Services,   POB 60500,
              City of Industry, CA 91716-0500
517032528    EDI: DIRECTV.COM Dec 13 2017 23:08:00     Direct TV,   POB 6550,   Greenwich Village, CO 80155
517087596   +EDI: IIC9.COM Dec 13 2017 23:08:00     I.C. System Inc.,   444 Highway 96 E,
              St. Paul, MN 55127-2557
517198291    EDI: RESURGENT.COM Dec 13 2017 23:08:00     LVNV Funding, LLC its successors and assigns as,
              assignee of FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
517175098   +EDI: MID8.COM Dec 13 2017 23:08:00     MIDLAND FUNDING LLC,   PO BOX 2011,
              WARREN, MI 48090-2011
517035098   +EDI: RMSC.COM Dec 13 2017 23:08:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517032523   +EDI: TFSR.COM Dec 13 2017 23:08:00     Toyota Financial Services,   POB 4102,
              Carol Stream, IL 60197-4102
                                                                                              TOTAL: 12
```
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```